UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK E. RODRIGUEZ PAZ, | No. 1:26-cv-05650-DJC-CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY, | A# 222-583-372 |
| Respondent. | |

Petitioner Erick E. Rodriguez Paz is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 3).  The Court has previously addressed the legal issues raised in the Petition.  *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders.  (ECF No. 6.)  Neither party objected to the Court ruling directly on the merits of the petition.  Respondents do not identify any meaningful factual or legal differences between this

1

case and the Court's prior orders.  (*See generally* ECF No. 7.)  However, as Respondents identify and the exhibits attached to the Government's response reflect, Petitioner was arrested for public intoxication and possession of a controlled substance in May 2026.  (*Id.* at 1; ECF No. 7-1 at 7.)  Petitioner was then transferred from the McClain County Sheriff's Department to ICE custody.  (ECF No. 7-1 at 7.)  This does not alter the Court's analysis but does justify providing Petitioner with a prompt post-deprivation hearing.  *See J.S.H.M. v. Wofford*, No. 1:25-cv-01309-JLT-SKO, 2025 WL 2938808, at *15 (E.D. Cal. Oct. 16, 2025).

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED for the reasons stated in those prior orders.

Within fourteen (14) days of this Order, Respondents shall afford Petitioner Erick E. Rodriguez Paz a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

Respondents shall file a status report within five (5) days of Petitioner's bond hearing, confirming a bond hearing was conducted.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:  **July 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2