# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**ERICK E. RODRIGUEZ PAZ ,**

v.

**WARDEN, CENTRAL VALLEY ANNEX
DETENTION FACILITY ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–05650–DJC–CSK**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/28/2026 .**

ENTERED:    **July 28, 2026**        /s/  **Keith Holland**
                                          Clerk of Court